IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| ONLINE NEWS LINK LLC, | § § | |
| *Plaintiff*, | § § | Civil Action No. 2:13-CV-632 |
| v. | § § | JURY TRIAL DEMANDED |
| AMAZON.COM INC., | § § | |
| *Defendant*. | § | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Online News Link, LLC is a wholly owned subsidiary of Acacia Research Group Corporation.

Acacia Research Group Corporation is a publically traded corporation organized under the laws of the state of Delaware.

Online News Link LLC is a Texas limited liability company and a wholly owned subsidiary of Acacia Research Group Corporation.

Respectfully Submitted,

/s/ Eric M. Albritton
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com

1

ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@dpelaw.com
Stefanie T. Scott
Texas State Bar No. 24061617
sscott@dpelaw.com
**DiNovo Price Ellwanger & Hardy LLP**
7000 North MoPac Expressway
Suite 350
Austin, Texas 78731
Telephone: (512) 539-2622
Facsimile: (512) 539-2627

**ATTORNEYS FOR PLAINTIFF
ONLINE NEWS LINK LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule. As such, this document was served on all counsel who are deemed to have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 16th day of August 2013.

_____
Eric M. Albritton