IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| ONLINE NEWS LINK LLC, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | Civil Action No. 2:13-CV-632 |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| AMAZON.COM INC., | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF ONLINE NEWS LINK LLC'S NOTICE OF APPEARANCE FOR JAY D. ELLWANGER

ONLINE NEWS LINK LLC, plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

    Jay D. Ellwanger
    Texas State Bar No. 24036522
    jellwanger@dpelaw.com
    DiNovo Price Ellwanger & Hardy, LLP
    7000 North MoPac Expressway, Suite 350
    Austin, Texas 78731
    Telephone: (512) 539-2626
    Facsimile: (512) 539-2627

                                        Respectfully submitted,

                                        /s/ Jay D. Ellwanger
                                        Jay D. Ellwanger
                                        Texas State Bar No. 24036522
                                        jellwanger@dpelaw.com
                                        Stefanie T. Scott
                                        Texas State Bar No. 24061617
                                        sscott@dpelaw.com
                                        **DiNovo Price Ellwanger & Hardy LLP**
                                        7000 North MoPac Expressway, Suite 350

Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

Eric M. Albritton
Texas Bar No. 00790215
ema@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

*Counsel for ONLINE NEWS LINK LLC*

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 22nd day of August 2013.

/s/ Jay D. Ellwanger
Jay D. Ellwanger