AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 25 2013
DAVID J. MALAND, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

|  |  |
|---|---|
| Online News Link LLC<br>*Plaintiff(s)*<br>v.<br>Amazon.com Inc.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:13-CV-632<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amazon.com Inc.
Corporation Service Company
300 Deschutes Way SW, Suite 304
Turnwater, WA 98501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/11/13

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:13-CV-632

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Amazon.com Inc.
was received by me on *(date)* 09/17/2013 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* via certified mail, return receipt requested #7012 3460 0001 7137 1230

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/20/2013

*Server's signature*

April M. Hall
*Printed name and title*

111 West Tyler, Longview, Texas 75601
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Amazon.com Inc.
   Corporation Service Company
   300 Deschutes Way SW, Suite 304
   Turnwater, WA 98501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X C_____  ☐ Agent
              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   C. Li H0                       9/17/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7012 3460 0001 7137 1230

RRR

PS Form 3811 February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OLYMPIA WA 98501

| | | |
|---|---|---|
| Postage | $ | $2.92 | 0601 |
| Certified Fee | | $3.10 | 05 |
| Return Receipt Fee (Endorsement Required) | | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $8.57 | 09/11/2013 |

Sent To: Amazon.com Inc.
Street, Apt. No.: Corporation Service Company
or PO Box No.: 300 Deschutes Way SW, Suite 304
City, State, ZIP+4: Turnwater, WA 98501

PS Form 3800, August 2006    See Reverse for Instructions

7012 3460 0001 7137 1230